UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WALTER EDWARD WALKER, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-26-65-G |
| JOHN MASQUELIER, | ) ) ) |
| Respondent. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on January 22, 2026. Judge Erwin recommends that Petitioner's application for leave to proceed *in forma pauperis* be denied because Petitioner has sufficient funds to pay the $5.00 filing fee. Petitioner has now paid the required $5.00 fee. *See* Doc. No. 6. Accordingly, the Court finds that Petitioner's *in forma pauperis* application is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. No. 5) is ADOPTED, and Petitioner's application (Doc. No. 2) is DENIED.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Erwin for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 26th day of February, 2026.

CHARLES B. GOODWIN
United States District Judge